IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL E. SCAGGS, | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 04-4152-JPG |
| CSX TRANSPORTATION, INC., | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| WHITE COUNTY COAL CORPORATION, | ) |
| Third-Party Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   December 14, 2005

NORBERT JAWORSKI, CLERK

by:s/Deborah Agans
Deputy Clerk

APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE